**MUCH SHELIST, P.C.**
Isaac R. Zfaty, State Bar No. 214987
Jeff J. Astarabadi, State Bar No. 229886
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: 949.767.2200
Facsimile: 949.385.5355
IZfaty@muchlaw.com
JAstarabadi@muchlaw.com

Attorneys for Plaintiff
WHEEL PROS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| WHEEL PROS, LLC,<br>Plaintiff,<br><br>v.<br><br>KATANA RACING, INC. d/b/a LOCK OFF-ROAD WHEELS,<br>Defendant. | Case No.:<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CA 92660

MUCH SHELIST P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CA 92660

# COMPLAINT FOR DESIGN PATENT INFRINGEMENT

Plaintiff WHEEL PROS, LLC ("Wheel Pros") complains as follows against Defendant KATANA RACING, INC. d/b/a LOCK OFF-ROAD WHEELS ("Katana"):

## Nature of the Action

1. This is an action for design patent infringement.

2. The patent infringement count herein arises under the United States patent laws, 35 U.S.C. §§ 1 et seq., in which Plaintiff Wheel Pros asserts that its U.S. Design Patent D1,091,427 has been and continues to be infringed by virtue of Defendant Katana's manufacture, use, offer for sale, sale, or import into the United States of products such as its "Grit" vehicle wheel products. Wheel Pros is seeking an injunction prohibiting further sales of all infringing products such as the accused vehicle wheel products and asks for monetary damages and related remedies.

## The Parties

3. Plaintiff Wheel Pros, LLC is a Delaware limited liability company with a principal place of business at 5670 Greenwood Plaza Blvd., Suite 400, Greenwood Village, Colorado 80111.

4. Defendant Katana Racing, Inc. is a California corporation with a principal place of business at 2875 Pomona Blvd., Pomona, California 91768. Defendant Katana does regular business in this judicial district, including providing products in this judicial district accused of infringement herein.

## Jurisdiction and Venue

5. Exclusive original jurisdiction over the design patent subject matter of this action is conferred on this Court under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271 *et seq.*

/ / /

6. Venue properly lies in this District under 28 U.S.C. §§ 1391(b) and (c), and 1400(b), in that a substantial part of the acts and events giving rise to Plaintiff's claims occurred in this judicial district, including, but not limited to, Defendant Katana having committed infringing acts in this District and Defendant Katana "residing" in this District in the sense that it is subject to personal jurisdiction here. Venue is also appropriate because Defendant Katana does business in this District, including the commission in this District of one or more of infringing acts of importing, offering for sale, selling, or using infringing products in this District or providing service and support to Defendant's customers in this District which Defendant does through established distribution channels including a regular and established place of business at 2875 Pomona Blvd., Pomona, California 91768 and/or 2870 Surveyor St., Pomona, California 91768.

**Count 1**

**Infringement of U.S. Design Patent No. D1,091,427**

7. Wheel Pros incorporates by reference and realleges each of the allegations set forth in Paragraphs 1 to 6 above as if set forth fully herein.

8. On September 2, 2025, United States Design Patent No. D1,091,427 (the "D427 Patent") entitled "WHEEL" was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the D427 Patent is attached hereto as Exhibit 1.

9. Plaintiff Wheel Pros is the owner of all right, title and interest in the D427 Patent with full rights to sue for the past and current infringement, and to enjoin further infringement, of the D427 Patent.

10. Under 35 U.S.C. § 271(a), Defendant Katana has infringed and continues to infringe the D427 Patent by making, using, selling, and offering for sale in the United States, or importing into the United States, unauthorized products such as the accused "Grit" vehicle wheel products that infringe the design claim of Wheel Pros' D427 Patent.

MUCH SHELIST P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CA 92660

11. Pictured below is a juxtaposition comparison of the front face of the "Grit" vehicle wheel products and the wheel of the D427 Patent.

| Grit | D427 |
|---|---|
|   |  FIG. 2 |

12. Defendant Katana's "Grit" vehicle wheel products have adopted the claimed design of Plaintiff's D427 Patent and have an overall appearance that is confusingly similar and substantially the same as the claimed design, in view of the prior art and in the eyes of the ordinary observer.

13. Defendant Katana is infringing and has infringed the design claim of the D427 Patent by making, using, selling, offering for sale, and/or importing its "Grit" vehicle wheel products.

14. By e-mails and letters of August 6, 2026, and August 20, 2026, Plaintiff notified Katana that the "Grit" vehicle wheel products infringed its D427 Patent and requested that Katana cease and desist from its infringement and contact Plaintiff to address the matter. Despite such notice, Katana took no responsive action thereto.

/ / /

15. Defendant Katana's acts of infringement have caused damage to Wheel Pros in an amount to be determined at trial.

16. Defendant Katana has wrongfully earned profits on the sales of its "Grit" vehicle wheel products in an amount to be determined at trial.

17. Defendant Katana's infringement of the D427 Patent is causing irreparable harm to Wheel Pros, for which there is no adequate remedy at law. Defendant Katana's infringement will continue to cause irreparable harm to Wheel Pros, unless Defendant Katana's infringement is enjoined by this Court.

18. Upon information and belief, Defendant Katana's infringement of the D427 Patent was and is willful and deliberate, entitling Wheel Pros to enhanced damages under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35 U.S.C. § 285.

**Prayer for Relief**

WHEREFORE, Wheel Pros prays for judgment and seeks relief as follows:

A. A judgment that Defendant Katana has infringed the D427 Patent;

B. Preliminary and permanent injunctions against further infringement of the D427 Patent;

C. An award of damages to Wheel Pros (and assessed against Defendant Katana) for Defendant Katana's infringement of the D427 Patent; including, either (1) total profits from the infringer's sales under § 289, or (2) damages in the form of the Plaintiff's lost profits or a reasonable royalty under § 284, or (3) statutory damages under § 289, whichever is greater, together with pre-judgment and post-judgment interest;

D. A trebling of the award of damages under 35 U.S.C. § 284, or such other enhancement of the award of damages that the Court deems appropriate;

E. An award to Wheel Pros (and assessed against Defendant Katana) of its costs, disbursements, and attorneys' fees for this action and such other compensatory damages as this Court may determine to be fair and appropriate

MUCH SHELIST P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CA 92660

pursuant to 35 U.S.C. § 285 on account of Defendant Katana's willful infringement; and

F. Granting such other and further relief as this Court may deem just and appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial as to all issues triable by a jury.

Dated: October 9, 2026

MUCH SHELIST, P.C.

By: /s/ Isaac R. Zfaty
ISAAC R. ZFATY
JEFF J. ASTARABADI
Attorneys for Plaintiff
WHEEL PROS, LLC

MUCH SHELIST P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CA 92660